Loyd BREWER, Appellant,

Alan Brewer, Intervenor–Appellant,

v.

Travis O. LEE, Husband; Kathleen D. Lee, Wife; The Farm Service Agency, by its director, Michael Dunaway, Appellees.

Loyd Brewer, Plaintiff,

Alan Brewer, Intervenor–Appellant,

v.

Travis O. Lee, Husband; Kathleen D. Lee, Wife; Farm Service Agency; Michael Dunaway, Director, Appellees.

Nos. 99–3796, 00–1678.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 2, 2001.

Filed March 28, 2001.

**514**

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

In case 99–3796, Loyd Brewer appeals the district court's[1] order granting defendants' motion to dismiss his quiet-title action. Because most of his claims were identical to those previously resolved in bankruptcy court and affirmed on appeal, or arose from the same nucleus of operative facts, we agree with the district court that res judicata barred all but one claim in the instant action. *See Costner v. URS Consultants, Inc.,* 153 F.3d 667, 673 (8th Cir.1998) (elements of res judicata). We also agree with the court's conclusion that Brewer's remaining claim, adverse possession, failed as a matter of law. *See United States v. California,* 332 U.S. 19, 39–40, 67 S.Ct. 1658, 91 L.Ed. 1889 (1947) (rejecting argument that adverse possession applied against federal government). Accordingly, we affirm the judgment of the district court.

In case 00–1678, Alan Brewer appeals the district court's order granting defendants' motion to dismiss his complaint in intervention in his father's quiet-title action. Having carefully reviewed the record and the parties' submissions on appeal, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.